IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| QANTUM COMMUNICATIONS, CORPORATION, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.  3:04cv190-CSC (WO) |
| TIGER COMMUNICATIONS, INC., | ) ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is the defendant's motion to amend exhibit list (doc. # 62) filed on April 14, 2006.  Upon consideration of the motion and for good cause, it is

ORDERED that the motion to amend exhibit list (doc. # 62) be and is hereby GRANTED.

Done this 14th day of April, 2006.

                                                  /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE